JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUGARDA ELIAS CARRERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAM'S WEST, INC., a California Corporation,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-04576 JFW (RAOx)<br><br>**ORDER RE: STIPULATION REMANDING BACK TO STATE COURT**<br><br>Courtroom: 7A<br>District Judge: John F. Walter<br>Magistrate Judge: Rozella A. Oliver<br>Complaint Filed: April 15, 2020<br>Trial Date: Not Set |

　　Upon consideration of Plaintiff LUGARDA ELIAS CARRERA and Defendant SAM'S WEST, INC.'s Joint Stipulation to Remand Matter to State Court, and good cause showing,

　　IT IS HEREBY ORDERED THAT:

　　1.　　Effective immediately, the matter herein shall be remanded to the Superior Court of State of California, County of Los Angeles.

Dated: July 6, 2021

　　　　　　　　　　　　　　　　　　／s／ John F. Walter
　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1